IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JERRY MILLBROOKS, JR.**                                                               **PLAINTIFF**

**V.**                   **NO: 2:17CV00063 JLH**

**WYNNE, CITY OF,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Millbrooks' complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 1st day of August, 2017.

                                                        _____
                                                        J. LEON HOLMES
                                                       UNITED STATES DISTRICT JUDGE