IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JERRY MILLBROOKS, JR.**                                                              **PLAINTIFF**

**V.**                      **NO: 2:17CV00063 JLH**

**WYNNE, CITY OF,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 1st day of August, 2017.

                                                   _____
                                                   J. LEON HOLMES
                                                   UNITED STATES DISTRICT JUDGE